UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOKIO MARINE AMERICA INSURANCE CO.  :
                                    :        22-CV-4106 (LJL)
                        Plaintiff,  :
                                    :
            - against -             :        **ORDER**
                                    :
                                    :
EASTERN NETWORK EXPRESS, INC.       :
                                    :
                        Defendant.  :
                                    :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for April 5, 2023 at 9:30 a.m.  The conference will be conducted via Microsoft Teams.  A link will be emailed to the parties one week prior to the conference.

The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures.  The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than March 29, 2023, by 5:00 p.m.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 7, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1